UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:                                        Case No:   06-52287
MICHELE MARIE FORD
6248 ROBERTS RD                      Judge:     CHARLES M. CALDWELL
HILLIARD, OH  430269780

SSN(S):    XXX-XX-6547

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 24, 2009          /s/ Frank M. Pees
                                             Frank M. Pees
                                             Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MICHELE MARIE FORD<br>6248 ROBERTS RD<br>HILLIARD, OH  430269780 | 5.23 |